UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph J. Frankowski<br>Debtor<br><br>Rocket Mortgage, LLC s/b/m to Nationstar Mortgage LLC d/b/a Rushmore Servicing. as Servicer for US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST<br>v.<br><br>Joseph J. Frankowski<br>Carly Abramson - Co-Debtor<br>Kenneth E. West<br>Respondents | CASE NO.: 26-11454-djb<br><br>CHAPTER 13<br><br>Judge: Derek J. Baker<br><br>Hearing Date: October 1, 2026 at 11:00 A.M.<br><br>Objection Deadline: September 24, 2026 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

Rocket Mortgage, LLC s/b/m to Nationstar Mortgage LLC d/b/a Rushmore Servicing. as Servicer for US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST (on behalf of itself and together with any successor and/or assign, “Movant”) hereby moves this Court for an Order (i) pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 3415 Debra Drive, Bensalem, PA 19020 ("Property"); vacating the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a) and (ii) for such other and further relief as is just and proper. In support of this Motion, Movant respectfully states:

1. Movant is the holder of a Note executed by Joseph Frankowski dated August 1,

2019, whereby Joseph Frankowski promised to repay $205,000.00 plus interest to Trident Mortgage Company LP (the “Original Lender”). To secure the repayment of the Note, Joseph Frankowski and Carly Abramson executed a Mortgage in favor of Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for Trident Mortgage Company LP, encumbering the Property commonly known as 3415 Debra Drive, Bensalem, PA 19020, which Mortgage was recorded in the Official records of Bucks County at Instrument Number: 2019041567 (hereinafter “Mortgage”). Other than liens with statutory priority, Movant’s mortgage is in first lien position. The Mortgage was ultimately assigned to Movant by an Assignment of Mortgage. A copy of the Note, Mortgage, and Assignments of Mortgage are attached hereto as **Exhibit A**.

2. The Petition under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor Joseph J. Frankowski on April 7, 2026.

3. This Court has jurisdiction over this case and this motion pursuant to 28 U.S.C. §§ 157 and 1334.

4. Venue of this case and this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The Debtor has failed to make current mortgage payments due under the terms of the Loan. As a result, the Loan remains post-petition due for June 1, 2026, and each subsequent payment thereafter.

6. Pursuant to 11 U.S.C. § 362(d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause “including the lack of adequate protection of an interest in property of such party and interest.”

7. Movant will be irreparably injured by continuation of the co-debtor stay imposed

under 11 U.S.C. § 1301(a) absent payments from the Debtor and/or Co-Debtor. As such, the co-debtor stay should be lifted pursuant to 11 U.S.C. § 1301(c)(3), and Movant should be permitted to proceed against the Co-Debtor.

8. Accordingly, grounds exist to vacate the stay in Debtor's case and Movant therefore requests that the co-debtor stay imposed under 11 U.S.C. § 1301(a) of the Bankruptcy Code be modified and terminated for cause to permit Movant to pursue its rights against the Co-Debtor under the Mortgage and applicable law, including without limitation, the commencement and consummation of a foreclosure action and/or eviction proceeding.

9. Further, cause exists for Rule 4001(a)(4) be waived based on Debtor's failure to tender post-petition mortgage payments resulting in increasing lack of adequate protection.

10. Movant respectfully requests reasonable attorney fees in the amount of $1,350.00 and costs in the amount of $199.00.

**WHEREFORE**, Movant respectfully requests an Order of this Court vacating the automatic stay and for such other, further and additional relief as to this Court may deem just, proper and equitable.

Dated: August 19, 2026

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Rocket Mortgage, LLC s/b/m to Nationstar Mortgage LLC d/b/a Rushmore Servicing. as Servicer for US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com